IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| ERICK LAWSON, | ) |
| Petitioner, | ) ) ) |
| V. | ) CIVIL ACTION NO. |
| | ) 5:17-CV-102-C |
| MARSHA MCLANE, Executive Director, Texas Civil Commitment Office, | ) ) ) |
| Respondent. | ) |

## ORDER

The Court has considered Petitioner's "Motion for Judgment on the Pleadings," filed October 24, 2017, and finds that it should be DENIED in all things. Petitioner's Petition remains pending before the Court and will be reviewed in due course.

SO ORDERED.

Dated June 6, 2018.

_____
SAM R. CUMMINGS
Senior United States District Judge